IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00101-REB-MJW

MARK ETHAN DUFFY,

Plaintiff(s),

v.

DEBBIE MOSS, Jefferson County Child Support Services,
STEPHANIE SIMPSON, Jefferson County Child Support Services,
KATIE SMITH, Jefferson County Child Support Services,
YOLANDA REDMOND, Jefferson County Child Support Services,
CASEY SHOREY, Jefferson County Child Support Services,
MARSA WILLIAMS, Colorado Child Care Assistance program (Aspen Family Services),
FAYE GRIFFIN, Jefferson County Commissioner,
KATHY HARTMAN, Jefferson County Commissioner,
PAM RYKEN, Colorado Department of Health and Human Services,
KAREN BEYLE, Colorado Department of Health and Human Services, and
LESLIE McGREW, Colorado Department of Health and Human Services,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the County Defendants' Unopposed Motion to Stay Discovery (docket no. 9) is GRANTED finding good cause shown noting that there is a pending motion to dismiss (docket no. 6) filed on January 27, 2011, based upon governmental immunity.  Discovery is STAYED until further Order of Court.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on April 19, 2011, at 9:00 a.m. is VACATED.

Date:  February 2, 2011