IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.11-cv-00101-REB-MJW

MARK ETHAN DUFFY,

    Plaintiff,

v.

DEBBIE MOSS, Jefferson County Child Support Services,
STEPHANIE SIMPSON, Jefferson County Child Support Services,
KATIE SMITH, Jefferson County Child Support Services,
YOLANDA REDMOND, Jefferson County Child Support Services,
CASEY SHOREY, Jefferson County Child Support Services,
MARSA WILLIAMS, Colorado Child Care Assistance program (Aspen Family Services),
FAYE GRIFFIN, Jefferson County Commissioner,
KATHY HARTMAN, Jefferson County Commissioner,
PAM RYKEN, Colorado Department of Health and Human Services,
KAREN BEYLE, Colorado Department of Health and Human Services, and
LESLIE McGREW, Colorado Department of Health and Human Services,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on (1) Plaintiff's Motion for Partial Remand (Docket No. 12), (2) County Defendants' Motion To Dismiss (Docket No. 6), (3) State Defendants' Motion To Dismiss (Docket No. 16), and (4) Defendant Marsa Williams' Motion To Dismiss (Docket No. 22)** [#28][1] filed August 26, 2011. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v.***

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

***Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on (1) Plaintiff's Motion for Partial Remand (Docket No. 12), (2) County Defendants' Motion To Dismiss (Docket No. 6), (3) State Defendants' Motion To Dismiss (Docket No. 16), and (4) Defendant Marsa Williams' Motion To Dismiss (Docket No. 22)** [#28] filed August 26, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's **Motion for Partial Remand** [#12] filed February 22, 2011, is **DENIED**;

3. That the **County Defendants' Motion To Dismiss** [#6] filed January 27, 2011, is **GRANTED**;

4. That the **State Defendants' Motion To Dismiss** [#16] filed February 15, 2011, is **GRANTED**;

5. That **Defendant Marsa Williams' Motion To Dismiss** [#22] is **GRANTED**;

6. That plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**;

7. That at the time judgment enters, judgment **SHALL ENTER** on behalf of defendants, Debbie Moss, Jefferson County Child Support Services; Stephanie

---

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

Simpson, Jefferson County Child Support Services; Katie Smith, Jefferson County Child Support Services; Yolanda Redmond, Jefferson County Child Support Services; Casey Shorey, Jefferson County Child Support Services; Marsa Williams, Colorado Child Care Assistance Program (Aspen Family Services); Faye Griffin, Jefferson County Commissioner; Kathy Hartman, Jefferson County Commissioner; Pam Ryken, Colorado Department of Health and Human Services; and Leslie McGrew, Colorado Department of Health and Human Services, against plaintiff, Mark Ethan Duffy, as to all claims for relief and causes of action asserted in this action; provided, that judgment as to the claims against these defendants **SHALL BE** with prejudice; and

8. That defendants, Debbie Moss, Jefferson County Child Support Services; Stephanie Simpson, Jefferson County Child Support Services; Katie Smith, Jefferson County Child Support Services; Yolanda Redmond, Jefferson County Child Support Services; Casey Shorey, Jefferson County Child Support Services; Marsa Williams, Colorado Child Care Assistance Program (Aspen Family Services); Faye Griffin, Jefferson County Commissioner; Kathy Hartman, Jefferson County Commissioner; Pam Ryken, Colorado Department of Health and Human Services; and Leslie McGrew, Colorado Department of Health and Human Services, are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

Dated September 26, 2011, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge