**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00101-REB-MJW

MARK ETHAN DUFFY,

      Plaintiff,

v.

KAREN BEYLE, Colorado Department of Health and Human Services, and

      Defendant.

## ORDER MAKING ABSOLUTE ORDER TO SHOW CAUSE

**Blackburn, J.**

      This matter is before me *sua sponte*. On September 26, 2011, I entered an **Order To Show Cause** [#30] directing plaintiff to show cause on or before October 7, 2011, why his claims against the sole remaining defendant, Karen Beyle, should not be dismissed for failure to effectuate timely service of process. Plaintiff failed to file a timely response to that order. Accordingly, the show cause order will be made absolute, and the claims against this defendant dismissed without prejudice for failure to effect timely service of process pursuant to Fed. R. Civ. P. 4(m) and failure to prosecute.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That my **Order To Show Cause** [#30] filed September 26, 2011, is **MADE ABSOLUTE**;

      2. That plaintiff's claims against defendant, Karen Beyle, Colorado Department of Health and Human Services, are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process pursuant to Fed. R. Civ. P. 4(m) and failure to

prosecute; and

      3.  That at the time judgment enters, judgment **SHALL ENTER** on behalf of defendant, Karen Beyle, Colorado Department of Health and Humane Services, against plaintiff, Mark Ethan Duffy, as to all claims for relief and causes of action asserted against her in this action; provided, that the judgment as to the claims against this defendant **SHALL BE** without prejudice.

      Dated October 17, 2011, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge