**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.11-cv-00101-REB-MJW

MARK ETHAN DUFFY,

    Plaintiff,

v.

KAREN BEYLE, Colorado Department of Health and Human Services, and

    Defendant.

**ORDER FOR JUDGMENT**

**Blackburn, J.**

    This matter is before me *sua sponte*. By order entered October 17, 2011, I dismissed the last remaining party in this lawsuit. (*See* **Order Making Absolute Order To Show Cause** [#31] filed October 17, 2011.) It, therefore, appears that final judgment should enter and plaintiff's claims dismissed as provided herein.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That judgment **SHALL ENTER** on behalf of defendants, Debbie Moss, Jefferson County Child Support Services; Stephanie Simpson, Jefferson County Child Support Services; Katie Smith, Jefferson County Child Support Services; Yolanda Redmond, Jefferson County Child Support Services; Casey Shorey, Jefferson County Child Support Services; Marsa Williams, Colorado Child Care Assistance Program (Aspen Family Services); Faye Griffin, Jefferson County Commissioner; Kathy Hartman, Jefferson County Commissioner; Pam Ryken, Colorado Department of Health and Human Services; and Leslie McGrew, Colorado Department of Health and Human

Services, against plaintiff, Mark Ethan Duffy, as to all claims for relief and causes of action asserted in this action in accordance with my **Order Adopting Recommendation of the United States Magistrate Judge** [#29] filed September 26, 2011; provided, that judgment as to the claims against these defendants **SHALL BE** with prejudice; and

      2.  That judgment **SHALL ENTER** on behalf of defendant, Karen Beyle, Colorado Department of Health and Human Services, as to all claims for relief and causes of action asserted against her in this action in accordance with my **Order Making Absolute Order To Show Cause** [#31] filed October 17, 2011; provided, that the judgment as to the claims against this defendant **SHALL BE** without prejudice.

      Dated October 17, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge